

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2020

No. 04-19-00899-CV

**IN RE** Corey Michael **MANSOUR**

Original Mandamus Proceeding[1]

### ORDER

Sitting:  Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On December 31, 2019, relator filed a document entitled "Respondent's Notice of Appeal/Mandamus." If relator desires to file a petition for writ of mandamus, he must do so **no later than January 21, 2020**. The petition must comply with Texas Rule of Appellate Procedure 52. If relator does not file a petition for writ of mandamus by January 21, 2020, this original proceeding will be dismissed for want of prosecution.

It is so **ORDERED** on January 3, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI13803, styled *In the Interest of M.C.S. and M.E.S., Children*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.